UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | No. 1:18-cv-01098-MCE-CKD |
| Plaintiff, | |
| v. | ORDER |
| JOHN DOE subscriber assigned IP address 174.134.84.237. | |
| Defendant. | |

Plaintiff filed this matter on August 10, 2018, alleging that it holds the copyright on various adult films, and that defendant is infringing on those copyrights by anonymously downloading and distributing Strike 3's films to others, using the BitTorrent protocol. (ECF No. 1 at 1–2.) Plaintiff could only identify defendant by his or her IP address, through which defendant downloads and distributes the films. (Id.)

To acquire defendant's true name and address, plaintiff filed an ex parte application to serve a third-party subpoena on defendant's internet service provider (ECF No. 6), which Magistrate Judge Jennifer L. Thurston granted on September 20, 2018. (ECF No. 7.) This matter has since been reassigned to the undersigned. (ECF No. 10.)

Accordingly, IT IS HEREBY ORDERED that:

1. Within 14 days of this order, plaintiff shall provide a status report regarding the state

1

of its subpoena and whether defendant has been served.

2. Plaintiff is cautioned that, until permission is given by the court, it is not to reveal the identity of the defendant in or out of court.

Dated: November 9, 2018

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE